UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGA
ATLANTA DIVISION

MARY BRANCA,

    Plaintiff,

v.                                  CASE NO.:  1:17-cv-03527-MHC

COMENITY BANK,

    Defendant.
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**COME NOW** Plaintiff, Mary Branca, by and through the undersigned counsel, hereby files this Notice of Voluntary Dismissal Without Prejudice of the above captioned matter.

Respectfully submitted this 6th day of October, 2017.

                                        */s/ Octavio "Tav" Gomez*
                                        Octavio "Tav" Gomez, Esquire
                                        Florida Bar No.:  338620
                                        Georgia Bar No.:  617963
                                        Morgan & Morgan, Tampa, P.A.
                                        201 North Franklin Street, 7th Floor
                                        Tampa, FL 33602
                                        Tele:  (813) 223-5505
                                        Fax:  (813) 223-5402
                                        Email:  TGomez@ForThePeople.com

JLee@ForThePeople.com  
MRathbun@ForThePeople.com  
Counsel for Plaintiff(s)/Claimant(s)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing filed on this 6th day of October, 2017, using the Court's CM/ECF system, which will serve all counsel of record.

/s/ Octavio "Tav" Gomez  
Octavio "Tav" Gomez, Esquire